# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. DAVID AARON BLOYED , No. 24-mj-2295

**ATTORNEY FOR GOVERNMENT:** Nani Gilkerson

**ATTORNEY FOR DEFENDANT:** Will Allensworth  ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ **Defendant consents to appear before the Magistrate Judge by video**

☒ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ☐ **ARRESTED ON:** 9/20/2024
   DEFENDANT HAS A COPY OF:
   ☒ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
   ☒ Defendant advised of the charges & maximum penalties   ☒ Defendant advised of right to counsel
   ☒ Defendant provided the financial affidavit   ☐ Counsel retained   ☒ FPD Appointed
   ☒ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
   ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
   ☒ Government filed motion for detention   ☐ Defendant Waived detention hearing
   ☐ Defendant temporarily detained   ☐ Defendant reserved right to hearing in future
   ☒ Defendant to remain in Federal custody   ☐ Defendant to be returned to state custody
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
      ☐ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
   ☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
   ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
   ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
   ☐ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
   ☐ Defendant waived reading thereof   ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY  ☐ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** 10/17/2024   **TOTAL TIME:** 19 minutes
**BEGIN TIME:** 11:12 a.m.   **END TIME:** 11:31 a.m.
☒ **Digitally Recorded**  ☐ **Court Reporter:** _____

Revised on 1/25/24   Page 1 of 1