UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00189 |
| | ) | |
| DAVID AARON BLOYED | ) | JUDGE CRENSHAW |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

David Aaron Bloyed, respectfully moves, pursuant to 18 U.S.C. § 3161(h)(7) to continue the December 17, 2024, trial and all related deadlines, including the motion filing deadlines, to a time to be agreed upon at the December 2, 2024, status conference. In further support of this motion, counsel would show the following:

1. Counsel has consulted with Assistant United States Attorney Joshua Kurtzman, and the Government does not oppose this request.

2. Defense counsel needs additional time to review discovery, draft and file pretrial motions and prepare for trial.

3. A speedy trial waiver, executed by Mr. Bloyed, will be filed contemporaneously with this motion.

Thus, for this good cause, in the interests of justice, Mr. Bloyed respectfully asks that his trial, all related deadlines, including the motion filing deadline.

1

Respectfully submitted,

/s/ *Will Allensworth*
WILL ALLENSWORTH (BPR# 030735)
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Will_Allensworth@fd.org

Attorney for David Aaron Bloyed

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically filed the foregoing Unopposed Motion to Continue Trial and Related Deadlines with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to: Joshua A. Kurtzman and Nani Gilkerson, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

/s/ *Will Allensworth*
WILL ALLENSWORTH