UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:24-CR-00189 |
| v. ) | JUDGE CRENSHAW |
| ) | |
| DAVID AARON BLOYED ) | |

## MOTION TO WITHDRAW AS COUNSEL

For the reasons stated in the accompanying declaration, we respectfully ask to withdraw as counsel in this matter.

Respectfully submitted,

/s/ *Will Allensworth*
WILL ALLENSWORTH
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Will_Allensworth@fd.org

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
marykathryn_harcombe@fd.org

Attorneys for David Aaron Bloyed

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed the foregoing Motion to Withdraw as Counsel with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to: Joshua Kurtzman and Philip H. Wehby, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

/s/ *Will Allensworth*
WILL ALLENSWORTH

2